IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ISMAEL LEANDRY, #28328078 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24cv306 |
| § | CRIMINAL ACTION NO. 4:18cr216(27) |
| UNITED STATES OF AMERICA § | |

**ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #11) recommending that *pro se* Movant Ismael Lenadry's motion to dismiss (Dkt. #10) his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be granted and that the § 2255 motion be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's motion to dismiss (Dkt. #10) is **GRANTED** and that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 8th day of January, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE